ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND

                                            \*     COURT OF APPEALS

**v.**                                             \*     OF MARYLAND

                                            \*     **Misc. Docket AG No. 61,**
**PATRICK TODD WILLIAMS**                                **September Term, 2019**

## O R D E R

UPON CONSIDERATION of the Joint Petition for Disbarment by Consent of the Attorney Grievance Commission of Maryland and Respondent, Patrick Todd Williams, to disbar the Respondent from the practice of law pursuant to Maryland Rule 19-736, and the record herein, it is this <u>23rd</u> day of January, 2020,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Patrick Todd Williams, be, and hereby is, disbarred from the practice of law in the State of Maryland for violation of Rules 1.1, 1.3, 1.4, 1.5, 1.16, 3.2, 8.1 (b), and 8.4 (a), (c), and (d), of the Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Patrick Todd Williams from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk